**VAN–065** Certificate of Mailing – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Hilda Joyner
312 Oakgrove Ave
Greenville, NC 27834

CASE NO.: 08–05647–8–JRL

DATE FILED: August 21, 2008

CHAPTER: 13

## CERTIFICATE OF MAILING

I am a regularly appointed and qualified deputy clerk in the office of the clerk, in and for said court and district, and I hereby certify that a copy of the referenced document was mailed in a postage prepaid envelope addressed to the following at their respective addresses, by placing said envelope in the regular mail on this date.

☑ Hilda Joyner
312 Oakgrove Ave
Greenville, NC 27834

☐

☑ Allen C Brown
Brown, Brown and Taylor, LLP
PO Drawer 1909
Winterville, NC 28590

☐ Richard M Stearns
PO Box 2218
KINSTON, NC 28502

DATED: August 29, 2008

Donna King
Deputy Clerk