VAN–057 Notice to Creditors and Other Parties In Interest – Rev. 04/02/2008

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Hilda Joyner
 ( debtor has no known aliases )
312 Oakgrove Ave
Greenville, NC 27834

CASE NO.: 08–05647–8–JRL

DATE FILED: August 21, 2008

CHAPTER: 13

NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE: Wednesday, February 18, 2009
TIME: 09:30 AM
PLACE: Alton Lennon Federal Building, 2 Princess Street, Wilmington, NC 28401

to consider and act on the following matters:

Motion For Relief From Stay, Or In The Alternative Motion For Adequate Protection filed by William F. Hill on behalf of Auto Source, Inc.

and to transact all other business as may properly come before the court.

DATED: February 4, 2009

Stephanie J. Edmondson
Clerk of Court